UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
AT ASHEVILLE

FILED
ASHEVILLE, N.C.
JUL 21 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE MATTER OF THE SEARCH OF THE
RESIDENCE OF ROGER PHILLIPS, SR. LOCATED
AT 89 WALT ROAD, BURNSVILLE, NORTH CAROLINA,
28714, AND ANY AND ALL OUTBUILDINGS,
APPURTENANCES, STORAGE AREAS,
VEHICLES, AND TRAILERS FOUND WITHIN
THE CURTILAGE THEREON, BEING MORE
FULLY DESCRIBED AS A SINGLE FAMILY
DWELLING WITH WOOD SIDING AND A WOOD
DECK ON THE REAR OF THE RESIDENCE WITH A
SET OF WOODEN STEPS LEADING TO THE DECK.
THE RESIDENCE IS THE FIRST RESIDENCE ON
THE LEFT SIDE, OR NORTH SIDE, OF WALT ROAD
AND HAS AN ASPHALT DRIVEWAY LEADING TO
THE RESIDENCE. THE MAILBOX IS LOCATED AT
THE END OF THE DRIVEWAY ON WALT ROAD AND
HAS THE NAME "PHILLIPS" AND THE NUMBERS "89"
VISIBLE. THERE IS ALSO A BLACK IRON GATE AT
THE END OF THE DRIVEWAY ON WALT ROAD.

Case No. 1:08mj33

To be filed under seal

DIRECTIONS TO THE RESIDENCE FROM THE
INTERSECTION OF U.S. HIGHWAY 19E AND
PENSACOLA ROAD ARE AS FOLLOWS: TURN
SOUTH ONTO PENSACOLA ROAD AND TRAVEL
.7 MILES THEN TURN LEFT ON BOLENS CREEK ROAD
AND TRAVEL 3.7 MILES THEN LEFT ONTO STATE
HIGHWAY 197, SOUTH, AND TRAVEL 2 MILES TO
CATTAIL CREEK ROAD THEN TURN LEFT AND
TRAVEL 1.3 MILES TO ROCKY FORK ROAD AND
THEN TURN LEFT AND TRAVEL .3 MILES TO WALT
ROAD AND THEN TURN RIGHT. THE RESIDENCE
IS .1 MILES DOWN WALT ROAD ON THE LEFT.

## SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Application and Affidavit in Support of the Search Warrant and the Search Warrant filed in the above-styled case and any subsequently filed Return and Inventory shall be sealed and maintained in the custody of the Clerk of the Court pending further order of this Court.

IT IS FURTHER ORDERED that the Motion to Seal, together with this Order, shall be sealed pending further Order of this Court with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

Enter this the 22nd day of July, 2008.

*Dennis C. Howell*
UNITED STATES MAGISTRATE JUDGE