FILED
ASHEVILLE, N.C.

OCT -9 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF 1:08MJ33 | ) | DOCKET NO. 1:08MJ33 |
| | ) | |
| | ) | **ORDER TO UNSEAL SEARCH WARRANT** |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 7th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE